UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | 2:14-cv-1240-ODW-RZ | Date | April 4, 2018 |
|---|---|---|---|
| Title | *Melissia Henson et al v. Fidelity National Financial, Inc.* | | |

Present: The Honorable   Otis D. Wright, II, United States District Judge

| Sheila English | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**     **In Chambers**

The Court has reviewed the parties' Joint Status Report regarding the proposed schedule for the remainder of the proceedings. (ECF No. 74.) The Court will wait to issue a new scheduling order until after ruling on the pending Motion for Relief from Judgment (ECF No. 75) and the Motion for Leave to file a Second Motion for Class Certification, which Plaintiff anticipates filing on April 16, 2018.

                                                                                    :   00
Initials of Preparer   SE